UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
JULIA YEPEZ

                Plaintiff,

          v.

BUS TERMINAL BREWING CO., INC.

                Defendant.
---------------------------------------------------------------------x

Docket No. 1:18-cv-07495
(VSB) (DCF)

**STIPULATION AND
ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that no party is an infant or incompetent and that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims that were asserted or could have been asserted in this action are hereby dismissed with prejudice and without costs to any party as against the other.

Dated: January 29, 2019
       New York, New York

**PARKER HANSKI LLC**

By: _____
Glen H. Parker, Esq.
Attorneys for Plaintiff
40 Worth Street, 10th Floor
New York, New York 10013
Tel.: (212) 248-7400
Fax: (212) 248-5600
ghp@parkerhanski.com

**FOX ROTHSCHILD LLP**

By: _____
Carolyn D. Richmond, Esq.
Jason B. Jendrewski, Esq.
Attorneys for Defendant
101 Park Avenue, 17th Floor
New York, New York 10178
Tel.: (212) 878-7900
Fax: (212) 692-0940
crichmond@foxrothschild.com
jjendrewski@foxrothschild.com

SO ORDERED: _____
Vernon S. Broderick  3/8/2019
United States District Judge